# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-1973

_____

Frank R. Owens,

        Appellant,

    v.

Tim Severin; John Ault; Jack Bates,
c/o; Donald Schbrenner; Darrell
Moeller,

        Appellees.

\*
\*
\*
\*
\*   Appeals from the United States
\*   District Court for the
\*   Southern District of Iowa.
\*
\*   [UNPUBLISHED]
\*
\*
\*

_____

Submitted: October 15, 2008
Filed: October 30, 2008

_____

Before WOLLMAN, SMITH, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

In these consolidated matters, we affirmed, or dismissed for lack of jurisdiction, all but one of the district court's[1] rulings, that being the denial of Owens's motion for substitute counsel in No. 08-1973. We remanded that aspect of the appeal for a fuller explanation by the district court of the basis of its decision to deny that motion. See Owens v. Severin, Nos. 08-1418/1973/2110, slip op. (8th Cir. Sept. 18, 2008).

_____

[1]The Honorable Robert W. Pratt, Chief Judge, United States District Court for the Southern District of Iowa.

Having reviewed the district court's promptly filed and fully explicated response to the remand, we conclude that the district court "exercised a reasoned and well-informed discretion" in denying the motion.  <u>See</u> <u>Slaughter v. City of Maplewood</u>, 731 F.2d 587, 589 (8th Cir. 1984).  Accordingly, we now affirm the denial of the motion for substitute counsel.

_____